# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Stanley J. Mical, et al )
Plaintiff(s) ) Case No. 13 C 6508
)
v. )
)
Philip J. Glick, et al )
Defendant(s)

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $             ,

which ☐ includes             pre–judgment interest.

☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Defendants' Motions to dismiss (Doc. 17) and to dismiss for failure to states a claim (Doc 18) are granted.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.

☐ tried by Judge     without a jury and the above decision was reached.

☒ decided by Judge Charles P. Kocoras on a motion Defendants' motions to dismiss

Date: 1/28/2014                    Thomas G. Bruton, Clerk of Court

                                    /s/ Yolanda Pagan, Deputy Clerk